FILED
APR 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR HUGO PLASCENCIA,<br><br>Defendant. | Criminal Case No. 08CR1265-BEN<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

Count 1

On or about March 23, 2008, within the Southern District of California, defendant VICTOR HUGO PLASCENCIA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 34.46 kilograms (75.81 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

WMC:jam:Imperial
4/21/08

<u>Count 2</u>

On or about March 23, 2008, within the Southern District of California, defendant VICTOR HUGO PLASCENCIA, did knowingly and intentionally import approximately 0.56 kilograms (1.23 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>April 22, 2008</u>.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

2