AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| VICTOR HUGO PLASCENCIA | CASE NUMBER: 08-CR-1265-BEN |

I, VICTOR HUGO PLASCENCIA, the above named defendant, who is accused of committing the following offenses:

Count 1:    Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

Count 2:    Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-22-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER